MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5516 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| MIGUEL BAUTISTA, | ) ) ) | |
| Defendant. | ) ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to January 9, 2006. The period of delay resulting from this continuance from December 5, 2005, to January 9, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this __14th__ day of December, 2005.

/s/ J. Kelley Arnold
J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented By:

---

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

| | |
|---|---|
| /s/_____<br>Colin A. Fieman<br>Attorney for Defendant | /s/_____<br>Captain Glen Templeton<br>Special Assistant United States Attorney |

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE            2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**